# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**STREAMLINE FUNDING, LLC d/b/a FUNDIBLE**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:26-cv-00784-JPB<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Briana Pearson, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to STREAMLINE FUNDING, LLC d/b/a FUNDIBLE in Dallas County, TX on February 12, 2026 at 11:29 am at 1999 Bryan St, Ste 900, Dallas, TX 75201-3140 by leaving the following documents with Alaster Johnson who as INTAKE_SPECIALIST at CT Corp is authorized by appointment or by law to receive service of process for STREAMLINE FUNDING, LLC d/b/a FUNDIBLE.

CLASS ACTION COMPLAINT
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION
Race: Black or African American, Sex: Male, Est. Age: 35-44, Hair: no, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=32.7843853753,-96.7976206224
Photograph: See Exhibit 1


Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Briana Pearson* |
|    Dallas County   , | Signature |
|   TX   on   2/12/2026  . | Briana Pearson |
| | +1 (469) 986-5925 |



Exhibit 1a)