## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

VICTORIA OFORIWAH TWUMASI
ANKRAH, on behalf of herself and
others similarly situated,

        Plaintiff,

    v.

STREAMLINE FUNDING, LLC d/b/a
FUNDIBLE,

        Defendant.

Case No. 1:26-cv-00784-JPB

Hon. J.P. Boulee

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

This matter coming to be heard on the "Consent Motion for An Extension of Time to Answer, Move, or Otherwise Respond to Complaint" (the "Motion") filed by Defendant Streamline Funding, LLC d/b/a Fundible ("Defendant"), on March 16, 2026, in the above-captioned matter, due notice having been given, the Court being fully apprised in the premises, the parties being in agreement, and for good cause shown, IT IS HEREBY ORDERED THAT: (1) the Motion is GRANTED for all the reasons stated therein; and (2) Defendant shall have until April 2, 2026 to answer, move, or otherwise respond to the Plaintiff's Complaint (Dkt. 1).

SO ORDERED THIS ___ DAY OF _____, 2026

By:_____
        Hon. J.P. Boulee
        United States District Judge