**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

|  |  |
|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STREAMLINE FUNDING, LLC d/b/a FUNDIBLE,<br><br>Defendant. | Case No. 1:26-cv-00784-JPB<br><br>Hon. J.P. Boulee |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

Streamline Funding, LLC, d/b/a Fundible ("Streamline"), hereby respectfully moves to dismiss all claims asserted in Plaintiff's putative class action Complaint with prejudice for failure to state a claim upon which relief may be granted. For all the reasons set forth in its contemporaneously filed Brief, Streamline respectfully requests the Court dismiss all claims asserted against it with prejudice, along with granting Streamline any and all other relief deemed just and proper.

Dated: April 2, 2026

Respectfully submitted,

By: /s/ Stephen D. Libowsky

**MANATT, PHELPS & PHILLIPS, LLP**

Stephen D. Libowsky (GA Bar No. 451965)
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Tel: (312) 529-6300
Email: slibowsky@manatt.com

*Counsel for Defendant*

MANATT\ADMIN\05286\404648274.v2-4/2/26

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that this document has been prepared in accordance with Local Rule 5.1(C).

Dated: April 2, 2026                              Respectfully submitted,

                                                  */s/ Stephen D. Libowsky*

                                                  Stephen D. Libowsky


## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket which served same electronically upon all counsel of record.


Dated: April 2, 2026                              Respectfully submitted,

                                                  */s/ Stephen D. Libowsky*

                                                  Stephen D. Libowsky

2