## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>STREAMLINE FUNDING, LLC d/b/a FUNDIBLE,<br><br>    Defendant. | Case No. 1:26-cv-00784-JPB<br><br>Hon. J.P. Boulee |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Streamline Funding, LLC, d/b/a Fundible ("Streamline"), hereby discloses that Streamline does not have a parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: April 2, 2026          Respectfully submitted,

By: /s/ Stephen D. Libowsky

**MANATT, PHELPS & PHILLIPS, LLP**

Stephen D. Libowsky (GA Bar No. 451965)
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Tel: (312) 529-6300
Email: slibowsky@manatt.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the foregoing document electronically on the Court's

CM/ECF docket which served same electronically upon all counsel of record.


Dated: April 2, 2026                          Respectfully submitted,

*/s/ Stephen D. Libowsky*

Stephen D. Libowsky

2