UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTORIA OFORIWAH TWUMASI
ANKRAH,

       Plaintiff,

   v.

STREAMLINE FUNDING, LLC,

       Defendant.

CIVIL ACTION NO.
1:26-CV-00784-JPB

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss [Doc. 10].

After the motion was filed, Plaintiff filed an Amended Complaint [Doc. 12].  In

light of the amended pleading, the Motion to Dismiss is **DENIED** as moot.

**SO ORDERED** this 14th day of April, 2026.

_____
J. P. BOULEE
United States District Judge