**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated, | Case No. 1:26-cv-00784-JPB |
| Plaintiff, | Hon. J.P. Boulee |
| v. | |
| STREAMLINE FUNDING, LLC d/b/a FUNDIBLE, | |
| Defendant. | |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Streamline Funding, LLC d/b/a Fundible ("Defendant"), hereby respectfully submits this **consent** motion for an extension of time for Defendant to file a reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint (*see* Dkt. 14, the "Motion") in the above-captioned matter, to and including **May 18, 2026**, and states as follows:

1.      Plaintiff filed her original putative class action complaint in this matter on February 10, 2026. *See generally* Dkt. 1.

2.      After being served and receiving a short extension of its initial responsive pleading deadline, Defendant filed a timely motion to dismiss Plaintiff original complaint on April 2, 2026.  *See generally* Dkt. 10. In response thereto,

Plaintiff filed her First Amended Complaint on April 10, 2026. *See generally* Dkt. 12. Defendant then timely filed its current Motion, seeking dismissal of the First Amended Complaint on April 22, 2026. *See generally* Dkt. 14.

3.      Plaintiff filed her opposition to the Motion on April 27, 2026. *See generally* Dkt. 15. By operation of Local Rule 7.1(C), Defendant's deadline to file a reply in support of its Motion is presently May 11, 2026.

4.      On April 28, 2026, counsel for Defendant conferred with counsel for Plaintiff (Anthony Paronich) via email regarding a 7-day extension of time for Defendant to file its reply brief in support of its Motion. Plaintiff's counsel agreed to such an extension in writing that same day. If granted, this request would extend Defendant's reply brief deadline to May 18, 2026.

5.      Defendant seeks additional time to file a reply brief due to scheduling conflicts since its counsel has with several deadlines in other matters inhibiting their ability to prepare and file a reply brief by the current deadline. Though Defendant appreciates that replies are generally not to be filed as "routine practice" under the Local Rules, Defendant believes that a reply brief is necessary here to address certain issues in Plaintiff's opposition brief, so that the Court will be fully informed when ruling on the Motion.

6.      The foregoing request is not made for the purpose of delay and is made

2

in good faith and for the purposes of efficiency and judicial and party economy and is in the interest of justice.

7.      Since this matter is still in its early stages and the parties are in agreement, the requested extension will not result in any prejudice to anyone or impact the timely resolution of this case.

8.      Thus, "good cause" exists for granting this extension for at least the reasons above.

WHEREFORE, for these reasons, Defendant respectfully requests that this Court enter an order (i) granting Defendant an extension of time to file a reply in support of its Motion **to and including May 18, 2026**; and (ii) granting Defendant all other relief the Court deems just and proper. A proposed order has been submitted herewith for consideration.

Respectfully submitted this 28th day of April 2026,

By: /s/ Stephen D. Libowsky

**MANATT, PHELPS & PHILLIPS, LLP**

Stephen D. Libowsky (GA Bar No. 451965)
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Tel: (312) 529-6300
Email: slibowsky@manatt.com

*Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS** upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filing to the attorneys of record in this matter.

Respectfully submitted this 28th day of April 2026,

*/s/ Stephen D. Libowsky*

Stephen D. Libowsky