**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br><br>STREAMLINE FUNDING, LLC d/b/a FUNDIBLE,<br><br>        Defendant. | Case No. 1:26-cv-00784-JPB<br><br>Hon. J.P. Boulee |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

This matter coming to be heard on the "Consent Motion for An Extension of Time For Defendant to File Reply in Support of its Motion to Dismiss" (the "Motion") filed by Defendant Streamline Funding, LLC d/b/a Fundible ("Defendant"), on April 28, 2026, in the above-captioned matter, due notice having been given, the Court being fully apprised in the premises, the parties being in agreement, and for good cause shown, IT IS HEREBY ORDERED THAT: (1) the Motion is <u>GRANTED</u> for all the reasons stated therein; and (2) Defendant shall have until <u>May 18, 2026</u> to file a reply brief in support of its Motion to Dismiss (*see* Dkt. 14).

SO ORDERED THIS \_\_\_ DAY OF _____, 2026

By:_____
      Hon. J.P. Boulee
      United States District Judge