UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated,

      Plaintiff,

  v.

STREAMLINE FUNDING, LLC d/b/a FUNDIBLE,

      Defendant.

CIVIL ACTION NO.:
1:26-CV-00784-JPB

## **<u>SCHEDULING ORDER</u>**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 18], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. As an initial matter, the Court observes that mediation could be successful here. In the event that the parties are not aware, the Court offers the services of its Magistrate Judges to mediate cases at no cost. Should the parties desire to mediate, the parties shall simply file a notice to that effect.

2. Because the parties requested an extended discovery period, this case is assigned to a six-month discovery track.  The discovery period commences thirty days after the appearance of the first defendant by answer to the complaint.  **Once discovery opens, the Court expects the parties to complete both fact and expert discovery during the time period allocated for discovery.**

3. In the event that discovery commences, the parties shall again meet and confer regarding intermediate discovery deadlines and other deadlines, such as the deadline for filing a motion for class certification and dispositive motions.  The parties shall file a status update regarding these deadlines no later than the date when discovery opens.

**SO ORDERED** this 7th day of July, 2026.

_____

**J. P. BOULEE**
United States District Judge

2