**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| VICTORIA OFORIWAH TWUMASI ANKRAH, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STREAMLINE FUNDING, LLC d/b/a FUNDIBLE,<br><br>Defendant. | Case No. 1:26-cv-00784-JPB<br><br>Hon. J.P. Boulee |

## NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY

Plaintiff VICTORIA ANKRAH ("Plaintiff") and Defendant STREAMLINE FUNDING, LLC d/b/a FUNDIBLE (individually, "Defendant" and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard, dismissing the entire case, will be filed in the next sixty (60) days. In the meantime, so the Parties can finalize their resolution without incurring litigation expenses or burdening the Court or its resources, the Parties joint and respectfully request that the Court vacate all pending case deadlines (including Defendant's deadline to respond to Plaintiff's Second Amended Complaint, which based on the filing date thereof and by operation of Fed. R. Civ. P. 15(a)(3) is on October 14, 2026, *see* Dkt.

21) and temporarily stay the case, and that the Court retain jurisdiction at this time. Plaintiff further agrees not to seek a default against Defendant or to vacate any default entered, should the case not be stayed by Defendant's pleading deadline.

Dated: October 2, 2026

Respectfully submitted,

By: /s/ Anthony I. Paronich

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, hereby certify that on October 2, 2026, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*
Anthony I. Paronich