UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTORIA OFORIWAH TWUMASI ANKRAH,
Plaintiff,

v.

STREAMLINE FUNDING, LLC,

Defendant.

CIVIL ACTION NO.
1:26-CV-00784-JPB

# ORDER

The Court is in receipt of the Notice of Resolution and Joint Request to Stay [Doc. 22]. The request to stay is **APPROVED**. In light of the pending settlement, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents. If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of the case within sixty days. Absent an extension or further order of the Court, if no request to reopen the case is made within sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 5th day of October, 2026.

**J. P. BOULEE**
United States District Judge